FILED

1  Name: Michael Anderson
2  Address: 22491 Debarry St    2019 JUL 23 PM 4:13
3  Grand Terrace CA 92812   CLERK U.S. DISTRICT COURT
                            CENTRAL DIST. OF CALIF.
                            SANTA ANA
4  Phone: 951-347-2750      BY_____DV_____
5  Plaintiff In Pro Per

IFP Request

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Michael Anderson,                  ) Case No.: EDCV 19-1353-JFW(SPx)
                                   ) (To be supplied by the Clerk)
      PLAINTIFF,                   ) COMPLAINT FOR:
                                   )
      vs.                          ) Plntiff civil Rights by
Amazon, Inc.                       ) Amazon, under Title VII of
                                   ) the Civil Right Acts 1964
                                   ) $EPA $ Retaliation
                                   )
                                   )
                                   ) Jury Trial Demanded
                                   )
      DEFENDANT(S).                )
                                   )

## I. JURISDICTION

1. This Court has jurisdiction under

① 28 U.S.C. § 1331 under Title VII The American Disability Act and Genetic Information Non Discrimination Act of Age or the Age. Plaintiff filed with the EEOC and rec'd a right to sue notice which was rec'ed @ April 24, 2019.

1

Pro Se Clinic Form                          Page Number

## II. VENUE

2. Venue is proper pursuant to  28 USC 1391 because both Defendant and Plaintiff reside in Riverside and San Bernadino County.

## III. PARTIES

3. Plaintiff's name is Michael Anderson. Plaintiff resides at: 22491 DE Berry St Grand Terrace, CA 92313.

4. Defendant Amazon, Inc is an incorporated entity that has a place of business 24208 San Michele Rd Moreno Valley CA 92551

5. Defendant

2

Pro Se Clinic Form                     Page Number

# IV. STATEMENT OF FACTS

6. 2015 Plantiff Working Night's 3 over heard Racial Comment by Lauren. Plantiff complaint & was moved to "Day Shift" continued with "Those Deeply" 3 "Black's" "Black lazy F*" "Not My first or last child". Plantif was moved to Day shift after complaing to HR

7. Plantiff was moved to Day 3 Reports to Ali. Ali became sick & Lauren the offending Manager was moved to Replace Ali. Plantiff complained to HR. Because of previous comment, HR Assured Plantiff would not be affected. Lauren told Linda & Heath, she would see that Plantif will Not promote

8. Plantiff is skipped over for Promo because he had NO FC impact my project, Plantiff proven projects launched in FC & other FC. General Mng. T.K Promises to provide Reasons but It Never happened. Michael filed a complaint about Racism

9. Michael then suffered the same experience on 3 other promotional denial. Everyone Mcle promised a reef of Plantiff was under 40 3 white. Plty is Black and over 40.

10. In 2015 = in Plantiff complaind about white employees getting prefabl ment's the black employees were berry blackballed by a bias promotn, system after Plantiff supervisions Chanler Berry, Sese Green, Sal Cantero all black were blocced, but his white supervisors Gaston, Tim, William all White were pushed therugh.

11. Plantiff advises Amazon of EEOC complaint B Amazon suspnt micheal under misleading Reasons (Hearing) then Sabsquently fired Plantiff for passing of document Aften Plantiff period he had Not. No Investatn was completed B Plantiff was denied appeal based on what happened. Over 3 yrs it was because he was Black B Because of Age

4

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(Discrimination Based on Race in Ag)
*insert title of cause of action*

(As against Defendant(s): Amazon )

12. Title VII Prohibition discrimination based on Age or Race Including Promotion Defendant Discriminated against Plaintiff based on age & Race because it failed to investigate complaints of Racism & Age Discrimination

13. Defendant failed to investigate after Plaintiff complained about discriminatory comments made as alleged in Statement of facts instead of investigating Plaintiff was Suspended then fired.

14. Defendant discriminate based on Age because her included that Did Promoted were under 40 & White & Less qualified than Plaintiff who was Ranked #1/#2 in company

## SECOND CAUSE OF ACTION

( Violation of Equal Pay Act )
*insert title of cause of action*

(As against Defendant(s): Amazon, Inc.

15. Defendant alleges and incorporates all previous statements. Amazon paid white peer managers more than plenty(black) with less accomplishments. B Jessica Stock award - 35 - Mchael 18 - Bired-40

16. Amazon rewarded with stock B promotion to white Ams of color were given less stock and lower pay Michael Bred - 100k, Michael Anderson 62k

# ~~FOURTH~~ third CAUSE OF ACTION

( American Disability Act )
*insert title of cause of action*

(As against Defendant(s)): Amazon

17. All previous statements are incorporated. Defendant alleges Amazon violated his ADA rights when Lauren used his dyslexia as not to promote. Plaintiff was told by Lauren & Christy Priest.

18. Both Lauren & Christy, Scott Hickey stated Plaintiff reports were not as good as they could be because of Dyslexia.

*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Defendant to reinstate Plaintiff with back pay and to give him the L5 promotion he deserved backdated to September of 2016.

2. Defendant to provide Plaintiff's stock award based on increase of value since his termination. Sme promotional process fixed Chantel Berry, Bret, Xelingee got subs Bud

3. Pain & suffry - 10 mill

Dated: July 23, 2019
Sign: /s/
Print Name: Michael Andrsn

Page Number

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: July 23 2019
Sign: *[signature]*
Print Name: Michael Anderson

4831-5981-9291, v. 1