| | |
|---|---|
| 1 | Lindsay M. Holloman, Bar No. 271266 |
| 2 | LHolloman@perkinscoie.com |
| | Javier F. Garcia, Bar No. 296846 |
| 3 | JGarcia@perkinscoie.com |
| | PERKINS COIE LLP |
| 4 | 1888 Century Park E., Suite 1700 |
| | Los Angeles, CA  90067-1721 |
| 5 | Telephone:  310.788.9900 |
| | Facsimile:  310.788.3399 |

Attorneys for Defendant
AMAZON.COM SERVICES LLC (f/k/a GOLDEN STATE FC LLC)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDERSON, | Case No. 5:19-cv-01353-JFW(SPx) |
| Plaintiff, | **NOTICE OF NO OPPOSITION FILED BY PLAINTIFF MICHAEL ANDERSON IN RESPONSE TO AMAZON.COM SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| GOLDEN STATE FC LLC, | |
| Defendant. | |
| | Date:         March 1, 2021 |
| | Time:         1:30 p.m. |
| | Courtroom:    7A |
| | Judge:        Honorable John F. Walter |
| | Pre-Trial Conference: April 2, 2021 |
| | Trial:                April 20, 2021 |
| | Magistrate Judge: Honorable Sheri Pym |
| | Complaint filed:     July 23, 2019 |

Defendant AMAZON.COM SERVICES LLC (f/k/a GOLDEN STATE FC LLC) (Defendant") hereby respectfully notifies the Court that Plaintiff MICHAEL ANDERSON ("Plaintiff") has not filed an opposition to Amazon's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment, by the 4:00

p.m. deadline on February 8, 2021 to file a response. *See* Dkt. 39 at p. 2:7-12. As of today's date, no Opposition or Statement of Genuine Disputes has been filed or served on Amazon, as required by Local Rule 56-2 (providing that "[a]ny party who opposes the motion shall serve and file with [its] opposing papers a separate document containing a concise 'Statement of Genuine Disputes' setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated"). Central District of California Local Rule 7-12 expressly provides:

> The Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion, with the exception that a motion pursuant to F.R.Civ.P. 56 may not be granted solely based on the failure to file an opposition.

Central District of California Local Rule 56-3 provides that:

> In determining any motion for summary judgment or partial summary judgment, the Court may assume that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy except to the extent that such material facts are (a) included in the 'Statement of Genuine Disputes' and (b) controverted by declaration or other written evidence filed in opposition to the motion.

*See also Moreno v. Baca*, No, CV-OO-7149, 2002 WL 434596, at *4 (C.D. Cal. Mar. 18, 2002) (granting summary judgment, noting that "Plaintiff has not filed a document containing a 'Statement of Issues' setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated, as required by Local Rule 56-2. Therefore, as directed by Local Rule 56-3, the Court assumes that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy.").

The Court's Scheduling and Case Management Order ("Scheduling Order") provides that "[a]ny documents filed electronically after 4:00 p.m. on the date due . . . may be stricken by the Court." Dkt. No. 39 at p. 2:10-12. The Scheduling Order further provides, in part:

> If a party fails to respond to a Motion for Summary Judgment, the Court will assume that the material facts as claimed and adequately supported by the

> moving party are admitted to exist without controversy, which will likely result in the granting of the Motion for Summary Judgment.

*Id.* at p. 17:5-10.

Accordingly, Plaintiff's failure to file any opposing papers in response to Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment should deemed as Plaintiff's consent to the granting of the same, and Defendant respectfully requests that the Court enter the Proposed Judgment granting summary judgment in favor of Defendant and against Plaintiff.

DATED: February 9, 2021

**PERKINS COIE LLP**

By: */s/ Lindsay M. Holloman*
Lindsay M. Holloman, Bar No. 271266
LHolloman@perkinscoie.com
Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC (f/k/a Golden State FC LLC)

NOTICE OF NO OPPOSITION TO AMAZON'S MOTION FOR SUMMARY JUDGMENT

151280968.1