Name: Michael Anderson
Address: 22491 DeBerry St
Grand Terrance CA 92313
Phone: (951) 334-3194
Fax:

In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Michael Anderson

Plaintiff

v.

Golden State FC, LLC

Defendant(s).

CASE NUMBER:
5:19-CV-01353-JFW(SPx)

Plaintiff's Response to motion & Motions for Summary Judgement, The Alteregetud, Partial Summary Judgmet

(Enter document title in the space provided above)

Complaint filed: July 23, 2019
Trail date: April 20, 2021
Judge: Honorable John F. Walter
Magistrate Judge: Honorable Sheri Pym
Pre-Trial Conference April 2, 2021
Trial                 April 20, 2021

"Statement of Issues"

This is in Complete Opposition of Document 50, 56, 57, 59

Page Number

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Exhibit one - Not yet Ammended by Plaintiff

Exhibit three - Plaintiff was under category one prescribed Pain killer called "Oxycodone". Plaintiff has submitted proof he did not send email. Plaintiff stated shortly after being aware of the mis sent HISPA protected document, that he was apart of 3 other similar incidents. Nonetheless Ameron Did not follow its own Feedback / Dicuplinary process. A "OTU" was required if Plaintiff was still active as Plaintiff was on FFD. Federal & States laws requirments for FFD were not met.

Exhibit four
By Definition the medical form sent containg Plaintiff breital by Plaintiff Nurse does Not meet definition

Exhibit five, Exhibit six
No usable information

Exhibit seven
No date as to when sent and No threats made by FFD unactive employee under the proscribed Oxycodine

Erin Klump, Sten, Molly, CSA Phillip were identified as possible conflict of interest by Plaintiff. Defendant produced non-Southwest replies was given.

No Documents were removed. Cheryl Hagerty was hired by Lauren & was under scrutiny as I trained her replacement.

Molly was under scrutiny as I met her during the onboarding process. I completed Laura's duties as shift other paperwork suggest. Jessica Flowers was hired & worked side by side with me & she obtained her degree two plus years into her career. She may not have received RSO during my employ but stock were converted to her & myself. My supervisor Laura is on the promo document so Amazon again is NOT bury horst. Mrs. Perez newly have a B.A. degree but did not out perform or equally perform as Plaintiff. I shared same exact responsibility.

Diana is the Lady promoted over me. Last name Gonzalez. Documents submitted Tab 15 is completely inaccurate. Horst verbally stated he understood the text.

3
Page Number

Any corrective action for plaintiff while Plaintiff submitted several dozen Kudos type emails 3 emails praising his performance. Plaintiff was Number 1 out of 150 similar departments & owned every out-bound record & was in such standing Plaintiff saved PEAK & Prime Day for Amazon any/all stating was a d Fabrication. Plaintiff was Never NOT #1 in his area.

Michael Shurard is the other "Black" Manager that Canyon & Scott tried to used to mislead a black candidate whom passed her LY Manger intervw. Chantel Berry was lied to about her passing her interview. & Michael Shurard is NOT Black. He's lied to std prc gvl to set his promotion.

Plaintiff was Never contacted or given chance to be interviewed.

There was no final leave Denny FFD Employee as sent to EEOC was office of FFD they find.

4
Page Number
CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Exhibit Nine - No usable data. Falsified Document

I dispute all other presented supporting documents for settlement motion of Defense as the transcripts have not been verified.

Plantiff contends that Amazon does not have my file and is in no position to argue their stance.

OLR consisted of two new managers & 2 vets. TAB 15 states several managers met for my OLR. This does not address 4 previous OLR. Stephen Snyder is not Caucasian, he is a very proud American Hispanic male. Melodi Slavery is from the islands.

The Old Fart test is a microcosm of Amazon "Go Young" Philosophy.

TAB 15 stated OLR took place in December but Amazon submitted documents that management met early Jan. The actual meeting took place in October 2017, there were no several members of management involved in my prematory. Amazon can not and has not produced any supporting documents showing

1. Exhibit N-1,2 — completely false
2. Exhibit 4,5,7 — under Duress & molestation
3. Exhibit 10 — missing
4. Exhibit 11 — under Duress & molestation
5. Exhibit 12 — Never mailed
6. With the uncomplete transcript —
7. and Noted above misrepresentations Plaintiff
8. Pf challenges motion as a whole
9. Including Tabs/Notes/Declaration not
10. Noted on this document