**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **ED CV 19-1353-JFW(SPx)**                              Date:  February 26, 2021

Title:     Michael Anderson -v- Amazon, Inc.

---

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
     None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER GRANTING DEFENDANT AMAZON.COM SERVICES LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [filed 2/1/21; Docket No. 50]**

     On February 1, 2021, Defendant Amazon.com Services LLC, f/k/a Golden State FC LLC ("Defendant") filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion").  On February 16, 2021, Plaintiff Michael Anderson ("Plaintiff") filed his Opposition.[1]  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 1, 2021 is hereby vacated and the matter taken off calendar. After considering the moving and opposing reply papers, and the arguments therein, the Court rules as follows:

     Plaintiff failed to file a Statement of Genuine Disputes, as required by Local Rule 56-2 and the Court's Scheduling and Case Management Order ("CMO"), filed March 9, 2020 (Docket No. 39).  See Local Rule 56-2 (providing that "[a]ny party who opposes the motion shall serve and file with [its] opposing papers a separate document containing a concise 'Statement of Genuine Disputes' setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated"); see also CMO, § 4(a).  "In determining any motion for summary judgment or partial summary judgment, the Court may assume that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy except to the extent that such material facts are (a) included in the 'Statement of Genuine Disputes' and (b) controverted by declaration or other written evidence filed in opposition to the motion."  Local Rule

---

     [1] The deadline for Plaintiff to file his Opposition was February 8, 2021.  Despite the fact that Plaintiff filed his Opposition more than a week late, the Court has considered it.

56-3 (emphasis added); *see also Moreno v. Baca*, 2002 WL 434596, at *4 (C.D. Cal. Mar. 18, 2002) (granting summary judgment and noting that "Plaintiff has not filed a document containing a 'Statement of Issues' setting forth all material facts as to which it is contended there exists a genuine issue necessary to be litigated, as required by Local Rule 56-2. Therefore, as directed by Local Rule 56-3, the Court assumes that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy").

In this case, the Court concludes that summary judgment is proper because Defendant has demonstrated that there is no genuine dispute as to any material fact. *See* Fed. R. Civ. P. 56(a) ("The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law"). Therefore, for the reasons stated in Defendant's moving papers, and based upon the undisputed facts, the Court concludes that Defendant is entitled to summary judgment as to all the claims alleged in Plaintiff's First Amended Complaint. Accordingly, Defendant's Motion is **GRANTED**, and the Court signs Defendant's Proposed Statement of Decision, filed February 12, 2021 (Docket No. 59-1), as modified. Defendant shall submit a proposed Judgment in accordance with this Order by March 2, 2021.

IT IS SO ORDERED.