Lindsay M. Holloman, Bar No. 271266
LHolloman@perkinscoie.com
Javier F. Garcia, Bar No. 296846
JGarcia@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

JS-6

Attorneys for Defendant
AMAZON.COM SERVICES LLC (f/k/a GOLDEN STATE FC LLC)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANDERSON,<br><br>      Plaintiff,<br><br>  v.<br><br>GOLDEN STATE FC LLC,<br><br>      Defendant. | Case No. 5:19-cv-01353-JFW(SPx)<br><br>**JUDGMENT** |

Following this Court's February 26, 2021 Order granting Defendant Amazon.com Services LLC'S (f/k/a Golden State FC LLC) ("Amazon") Motion for Summary Judgment (the "Motion") (Dkt. No. 70), and for the reasons outlined in the Court's Statement of Decision (Dkt. No. 71), the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that:
1. Amazon is dismissed from the action with prejudice;
2. Judgment is entered in favor of Amazon and against Plaintiff Michael Anderson ("Plaintiff");
3. Plaintiff shall take nothing as against Amazon; and
4. Amazon may recover its costs.

Date: March 4, 2021

*/s/ John F. Walter*
Honorable John F. Walter
United States District Court Judge

-1-